■ DANIELLE WILLIAMS, Respondent, v LINDSEY E. JUDYCKI et al., Appellants. [994 NYS2d 874]—Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), entered August 19, 2013. The order, insofar as appealed from, denied in part the motion of defendants for summary judgment dismissing the complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on September 3, 2014, and filed in the Oneida County Clerk's Office on September 18, 2014, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Lindley, Whalen and DeJoseph, JJ.

■ RACHEL HECKL, as Guardian of AIDA COREY, an Incapacitated Individual, et al., Respondents, v DANIEL M. WALSH et al., Defendants, and HSBC NORTH AMERICA, INC., et al., Appellants. (Appeal No. 1.) [995 NYS2d 519]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 10, 2013. The order, among other things, denied in part the motions of defendants Frank Panaro, HSBC North America, Inc. and HSBC Bank USA N.A., to dismiss the amended complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Heckl v Walsh* ([appeal No. 2] 122 AD3d 1252 [Nov. 14, 2014]). Present—Smith, J.P., Fahey, Lindley, Whalen and DeJoseph, JJ.